**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
FERNANDO DELGADILLO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FERNANDO DELGADILLO,<br><br>　　　　Defendant | Case No.: Case No.13-CR-00125 AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA MCAULIFFE AND KIMBERLY SANCHEZ, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, KIMBERLY SANCHEZ, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Status Conference currently set for Monday, February 10, 2014 be continued to Monday, March 10, 2014.

　　I have received a plea agreement on Mr. Fernando Delgadillo. I need additional time to review the plea agreement with my client as well as possibly make a counter to the current offer. I am requesting a continuance to March 10, 2014. In the event a plea is negotiated and signed, I will set the matter for disposition before the Honorable Judge Anthony Ishii.

I have spoken to AUSA Kim Sanchez, and she has no objection to continuing the Status Conference.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 2/6/14                             */s/ David A Torres*
                                          DAVID A. TORRES
                                          Attorney for Defendant
                                          FERNANDO DELGADILLO


DATED: 2/6/14                             */s/Kimberly Sanchez*
                                          KIMBERLY SANCHEZ
                                          Assistant U.S. Attorney


# ORDER

**IT IS SO ORDERED** that the 3rd Status Conference is continued from February 10, 2014 to Monday, March 10, 2014 at 1:00 PM before Judge McAuliffe.  Time is excluded in the interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

Dated**:   February 6, 2014**             /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE