1  **DAVID A. TORRES AND ASSOCIATES**
   David A. Torres, SBN135059
2  1318 K. Street
   Bakersfield, CA 93301
3  Tel: (6610326-0857
   Fax: (661)326-0936
4  Email: dtorres@lawtorres.com

5  Attorney for:
   FERNANDO DELGADILLO
6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT of CALIFORNIA

9

10 UNITED STATES OF AMERICA,           ) Case No.: 1:13-CR-00125-AWI-BAM
                                       )
11          Plaintiff,                 ) **STIPULATION AND ORDER TO**
                                       ) **CONTINUE SENTENCING HEARING**
12     vs.                             )
                                       )
13 FERNANDO DELGADILLO,                )
                                       )
14          Defendant                  )

15 TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

16 ANTHONY W. ISHHI AND KIMBERLY SANCHEZ, ASSISTANT UNITED STATES

17 ATTORNEY:

18     **COMES NOW** Defendant, FERNANDO DELGADILLO, by and through his attorney of

19 record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for

20 Monday, July 6, 2015 be continued to Monday, August 3, 2015.

21     I was recently in a homicide trial in the matter of *People v. Rogers, BF152669A* which

22 lasted approximately seven weeks and have not had an opportunity to prepare and file a

23 sentencing statement on behalf of my client.  I have spoken to AUSA Kimberly Sanchez, and she

24 has no objection to continuing the sentencing hearing.

25

1

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

**IT IS SO STIPULATED.**

                                                      Respectfully Submitted,

DATED: 7/1/2015                                    **/s/ David A Torres**
                                                      DAVID A. TORRES
                                                      Attorney for Defendant
                                                      FERNANDO DELGADILLO

DATED: 7/1/2015                                    **/s/Kimberly Sanchez**
                                                      KIMBERLY SANCHEZ
                                                      Assistant U.S. Attorney

## ORDER

The sentencing hearing for the above named defendant previously set for July 6, 2015, is continued to August 3, 2015, at 10:00am before Senior District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   July 1, 2015                                               
                                              SENIOR  DISTRICT  JUDGE