**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
FERNANDO DELGADILLO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FERNANDO DELGADILLO,<br><br>Defendant | Case No. 1:13-CR-00125-AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHII AND KIMBERLY SANCHEZ, ASSISTANT UNITED STATES ATTORNEY:

    **COMES NOW** Defendant, FERNANDO DELGADILLO, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Sentencing currently set for Monday, August 3, 2015, be continued to Monday, August 31, 2015.

    I am currently in trial in the matter of *People v. Benjamin Jimenez, DF011554B* in the Kern County Superior Court.  Trial is anticipated to last approximately three weeks.

    I have spoken to AUSA Kim Sanchez, and she has no objection to continuing the Sentencing.

1

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

**IT IS SO STIPULATED.**

                                              Respectfully Submitted,

DATED: 7/29/15                              */s/ David A Torres*
                                              DAVID A. TORRES
                                              Attorney for Defendant
                                              FERNANDO DELGADILLO

DATED: 7/29/15                              */s/Kimberly Sanchez*
                                              KIMBERLY SANCHEZ
                                              Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.

Dated:   July 29, 2015                               _____
                                                  SENIOR  DISTRICT  JUDGE