**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
FERNANDO DELGADILLO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:13-CR-00125- AWI-BAM |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE SENTENCING HEARING** |
| vs. | ) |
| FERNANDO DELGADILLO, | ) |
| Defendant | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHII AND KIMBERLY SANCHEZ, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, FERNANDO DELGADILLO, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, August 31, 2015, be continued to Monday, October 5, 2015.

Defends is seeking additional information to submit to the court at the time sentencing. I have spoken to AUSA Kimberly Sanchez, and she has no objection to continuing the sentencing hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

**IT IS SO STIPULATED.**

                                        Respectfully Submitted,

DATED: 8/26/15                           /s/ David A Torres
                                           DAVID A. TORRES
                                           Attorney for Defendant
                                           FERNANDO DELGADILLO

DATED: 8/26/15                           /s/Kimberly Sanchez
                                           KIMBERLY SANCHEZ
                                           Assistant U.S. Attorney

## ORDER

The sentencing hearing for the above named defendant is continued to October 5, 2015, at 10:00am in Courtroom 2 before Senior District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:  August 28, 2015                                      
                                                  SENIOR  DISTRICT  JUDGE