**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
FERNANDO DELGADILLO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT of CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>FERNANDO DELGADILLO,<br><br>          Defendant | Case No. 1:13-CR-00125-AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHII AND KIMBERLY SANCHEZ, ASSISTANT UNITED STATES ATTORNEY:

     **COMES NOW** Defendant, FERNANDO DELGADILLO, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Sentencing Hearing currently set for Monday, October 5, 2015 be continued to Tuesday, October 13, 2015.

     Defense counsel is unavailable and required to be in Sacramento on this particular day.  I have spoken to AUSA Kim Sanchez, and she has no objection to continuing the Status Conference.

     //

     //

- 1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 9/29/15                                       */s/ David A Torres*
                                                     DAVID A. TORRES
                                                     Attorney for Defendant
                                                     FERNANDO DELGADILLO


DATED: 9/29/15                                       */s/Kimberly Sanchez*
                                                     KIMBERLY SANCHEZ
                                                     Assistant U.S. Attorney

# **ORDER**

The Sentencing Hearing for the above named defendant currently set for October 5, 2015, is continued to October 13, 2015, at 10:00am in Courtroom 2 before Senior District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   September 30, 2015                          _____
                                                     SENIOR  DISTRICT  JUDGE