PHILLIP A. TALBERT
Acting United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO DELGADILLO,<br><br>Defendant. | No.  1:13-CR-00125 LJO-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Melissa Baloian, attorney for the defendant, that the status conference hearing on a supervised release violation set for March 23, 2021 before the Honorable Erica P. Grosjean, U.S. Magistrate Judge, be continued to April 13, 2021 at 2:00 pm before the duty magistrate.  The parties request additional time for defendant to explore the possibility of admission to a long term drug treatment program as discussed with U.S. Probation.

**[Remainder of page intentionally left blank.]**

1

The parties believe that the requested time is sufficient to be in a position to likely proceed with an admission at the next apeparance.

Dated:  March 23, 2021                                        Respectfully submitted,

                                                             McGREGOR W. SCOTT
                                                             United States Attorney

                                                     By      /s/ Kimberly A. Sanchez
                                                             KIMBERLY A. SANCHEZ
                                                             Assistant U.S. Attorney

Dated: March 23, 2021                                        /s/ Melissa Baloian
                                                             MELISSA BALOIAN
                                                             Attorney for Defendant

ORDER

        Pursuant to the parties' stipulation, the status conference hearing on a supervised release violation set for March 23, 2021 before the Honorable Erica P. Grosjean, U.S. Magistrate Judge, shall be continued to April 13, 2021 at 2:00 pm before the duty magistrate.

IT IS SO ORDERED.

        Dated:   **March 23, 2021**          _/s/ Erica P. Grosjean_
                                             UNITED STATES MAGISTRATE JUDGE