IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO DELGADILLO,<br><br>Defendant. | Case No.: 1:13-CR-00125-001 DAD SKO<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on April 30, 2021, to Time Served,

The defendant has been accepted to the Salvation Army, an inpatient facility located in Fresno, California.

IT IS HEREBY ORDERED that the defendant shall be released on Tuesday, May 4, 2021 at 8:00am, to a representative of the Salvation Army Residential Drug Treatment Program.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: __**April 30, 2021**__      _____
UNITED STATES DISTRICT JUDGE