PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00125-JLT-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | DATE: October 2, 2023 |
| FERNANDO DELGADILLO, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Jennifer L. Thurston |

United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 2, 2023.

2. By this stipulation, the parties now move to continue sentencing until November 6, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The parties conferred regarding Charge 1 (New Law Violation) of the Petition and agree that Charge 1 should be dismissed for lack of jurisdiction. Charge 1 relates to a violation of a prior term of supervised release that has already been revoked.

   b) The government intends to move to dismiss Charge 1 at the time of sentencing, despite the defendant's prior admission to Charge 1. The parties intend to proceed with sentencing on Charge 2 (Failure to Complete Inpatient Treatment Program) of the Petition on November 6, 2023.

   c) The parties conferred with Probation, and Probation intends to submit an amended Dispositional Memorandum to the Court and the parties based upon the anticipated dismissal of Charge 1.

   d) The defendant does not object to continuing sentencing to November 6, 2023.

IT IS SO STIPULATED.

Dated:  September 28, 2023        PHILLIP A. TALBERT
                   United States Attorney

                   /s/ BRITTANY M. GUNTER
                   BRITTANY M. GUNTER
                   Assistant United States Attorney

Dated:  September 28, 2023        /s/ JAMES R. HOMOLA
                   JAMES R. HOMOLA
                   Counsel for Defendant
                   FERNANDO DELGADILLO

**ORDER**

 IT IS SO FOUND.

IT IS SO ORDERED.

 Dated:  **September 28, 2023**               _/s/ Jennifer L. Thurston_
                               UNITED STATES DISTRICT JUDGE