```
JAMES R. HOMOLA   #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111
Facsimile: (559) 441-7115

Attorney for Defendant
FERNANDO DELGADILLO
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No 1: 13 CR 125 JLT |
| Plaintiff, | MOTION TO TERMINATE CJA APPOINTMENT OF JAMES R. HOMOLA |
| V. | AS ATTORNEY OF RECORD; ORDER |
| FERNANDO DELGADILLO, | |
| Defendant. | |

On May 16, 2023, a petition was filed, alleging that Mr DELGADILLO had violated the conditions of his supervised release. On June 25, 2023, Magistrate Judge BOONE appointed attorney James R. Homola to represent Mr. DELGADILLO. On August 8, 2023, Mr. DELGADILLO admitted the violations, and on November 6, 2023, he was sentenced in proceedings before Judge Jennifer Thurston.

Mr. DELGADILLO is in BOP custody. The period within which to file a notice of appeal has passed. There is no further action to be taken in this matter. Having completed his representation of Mr. DELGADILLO, CJA attorney James R. Homola now moves to terminate his appointment under the Criminal Justice Act.

Dated: December 14, 2023                    Respectfully submitted,

                                            /s/ James R. Homola
                                            JAMES R. HOMOLA
                                            Attorney for Defendant

**ORDER**

Having reviewed the notice, and finding that attorney James R. Homola has completed the services for which he was appointed, the Court hereby grants attorney James R. Homola's request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California, at 2300 Tulare Street, Suite 330, Fresno California 93721.  The telephone numbers for that office are (559) 487-5561 (collect) or (858) 656-4360 (toll free).  If appropriate the office will arrange for the appointment of counsel to assist the Defendant.

The Clerk of the Court is directed to serve a copy of this order on Defendant DELGADILLO at the following address, and to update the docket to reflect Defendant's pro se status and contact information.

```
FERNANDO DELGADILLO
JID# 7058466
Bkg#232-0541
P.O. Box 872
Fresno, CA  93712
```

IT IS SO ORDERED.

Dated:   **December 15, 2023**

_____
UNITED STATES DISTRICT JUDGE